# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL PEMBERTON, et al.,

  Plaintiffs,

  v.

NATIONSTAR MORTGAGE LLC,

  Defendant.

Case No.  14-cv-1024-BAS (WVG)

**ORDER GRANTING IN PART JOINT MOTION FOR PARTIES TO EXCEED PAGE LIMITS**

On June 5, 2014, Defendant Nationstar Mortgage LLC filed a Motion to Dismiss (Doc. 11).  On June 27, 2014, the parties filed a joint motion to exceed the page limits, averring that the complex issues in this case required an extra five pages of briefing over the limitations imposed in Civil Local Rule 7.1(h).

It is "well established" that "[d]istrict courts have inherent power to control their dockets." *Atchison, Topeka & Santa Fe Ry. Co. v. Hercules Inc.*, 146 F.3d 1071, 1074 (9th Cir.1998).  The parties have not provided compelling rationale requiring excess pages to address the relevant issues.  Issues involving lengthy and detailed factual or legal discussions are routinely briefed within the page limit imposed in Civil Local Rule 7.1(h).  However, the Court will nonetheless exercise

1 its discretion and grant the parties leave to exceed the page limitation imposed by
2 Civil Local Rule 7.1(h).
3       Accordingly, the Court **GRANTS** the parties' motion.  The parties' page
4 limitations for their briefs are as follows:
5       (2)    Plaintiffs' opposition shall not exceed **30 pages** in length; and
6       (3)    Defendants' reply shall not exceed **15 pages** in length.
7       **IT IS SO ORDERED.**

9 **DATED:  June 30, 2014**

                                        Hon. Cynthia Bashant
                                        United States District Judge