# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEMBERTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC, <br><br> Defendant. | Case No. 14-cv-01024-BAS-WVG <br><br> **ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND** |

Having reviewed the parties' responses to this Court's Order to Show Cause dated March 2, 2017, and in light of the Ninth Circuit's decision in *Smith v. Bank of America, N.A.*, — F. App'x —, 2017 WL 631696 (9th Cir. Feb. 16, 2017), the Court DISMISSES Plaintiffs' Complaint WITH LEAVE TO AMEND. Plaintiffs are only permitted to amend the complaint to allege standing, and must file the amended complaint no later than **May 1, 2017**. Defendant's response to the amended complaint is due no later than **May 15, 2017**.

**IT IS SO ORDERED**.

**DATED:  April 24, 2017**

Hon. Cynthia Bashant
United States District Judge

– 1 –

14cv1024