JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
MARY KATE KAMKA (State Bar No. 282911)
mkk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
NATIONSTAR MORTGAGE, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEMBERTON and SANDRA COLLINS-PEMBERTON, individually, and on behalf of the class of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a Federal Savings Bank,<br><br>Defendant. | Case No. 3:14-cv-01024 BAS WVG<br><br>**NATIONSTAR MORTGAGE LLC'S NOTICE OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Date:  June 26, 2017<br>Time:  n/a<br>Crtrm.: 4B<br>Judge: Hon. Cynthia Bashant<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Action Filed:  April 23, 2014 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **June 26, 2017**, or as soon thereafter as the matter may be heard, in Courtroom 4B of the above-entitled Court, located at 221 West Broadway, San Diego, California 92101, defendant Nationstar Mortgage LLC will and hereby does move for an order dismissing plaintiffs Michael

1  Pemberton and Sandra Collins-Pemberton's first amended complaint for lack of
2  subject matter jurisdiction.
3      The motion to dismiss is made under Rule 12(b)(1) of the Federal Rules of
4  Civil Procedure and is based on the ground that the court lacks subject matter
5  jurisdiction because the first amended complaint fails to allege a basis for Article III
6  standing.
7      This motion is based on this notice of motion and motion, the accompanying
8  memorandum of points and authorities, the previously filed request for judicial
9  notice in support of Nationstar's motion to dismiss the original complaint, the first
10 amended complaint and all other pleadings and records on file in this action, and
11 upon such other argument as may be presented at any hearing on this motion.
12     This motion is made following the conference of counsel that took place on
13 May 15, 2017.

DATED:  May 22, 2017

SEVERSON & WERSON
A Professional Corporation

By:  */s/ Erik Kemp*
       Erik Kemp

Attorneys for Defendant NATIONSTAR MORTGAGE, LLC