JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
ADAM A. VUKOVIC (State Bar No. 301392)
aav@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
NATIONSTAR MORTGAGE, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEMBERTON and SANDRA COLLINS-PEMBERTON, individually, and on behalf of the class of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a Federal Savings Bank,<br><br>Defendant. | Case No. 3:14-cv-01024 BAS WVG<br><br>**NOTICE OF APPEARANCE**<br><br>Action Filed:   April 23, 2014 |

PLEASE TAKE NOTICE that attorney Adam A. Vukovic of Severson & Werson, P.C. hereby appears in this case on behalf of defendant Nationstar Mortgage LLC in this case, substituting in for attorney Mary Kate Kamka, who is no longer affiliated with this firm.

Electronic notice can be directed to aav@severson.com.

80001.0021/12008869.1                                      3:14-cv-01024 BAS WVG
                                                           NOTICE OF APPEARANCE

1  DATED:  October 25, 2018        SEVERSON & WERSON
                                   A Professional Corporation
2
3

4
                                   By:  ___/s/ Adam A. Vukovic___
5                                          Adam A. Vukovic
                                           aav@severson.com
6

7                                  Attorneys for Defendant NATIONSTAR
                                   MORTGAGE, LLC
8

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE
### Pemberton v. Nationstar Mortgage LLC
### US District Court, Southern District of California Case No. 14CV1024 BAS WVG

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On October 25, 2018, I served true copies of the following document(s):

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 25, 2018, at San Francisco, California.

*/s/ Erica L. Wheelock*

**SERVICE LIST**
**Pemberton v. Nationstar Mortgage LLC**
**US District Court, Southern District of California Case No. 14CV1024 BAS WVG**

| | |
|---|---|
| David James Vendler<br>Morris Polich & Purdy LLP<br>1055 W Seventh Street<br>24th Floor<br>Los Angeles, CA 90017-2503 | *Attorney for Plaintiffs*<br>*Michael Pemberton*<br>*Sandra Collins-Pemberton*<br><br>Tel.:  213-891-9100<br>Fax:   213-488-1178<br>Email: dvendler@mpplaw.com |
| Michael R. Brown<br>Michael R Brown APC<br>18101 Von Karman Avenue<br>Suite 1900<br>Irvine, CA 92612 | *Attorney for Plaintiffs*<br>*Michael Pemberton*<br>*Sandra Collins-Pemberton*<br><br>Tel.:  (949)435-3888<br>Fax:   (949)435-3810<br>Email: mbrown@mrbapclaw.com |