UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEMBERTON, et al., *individually, and on behalf of the class of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>Defendant. | Case No.: 14cv1024-BAS (MSB)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

A Mandatory Settlement Conference was held on May 24, 2019. The case settled on a class-wide basis, subject to the approval of the District Court, and the terms of the settlement were placed on the record. In light of the settlement, the Court **VACATES** all pending dates before Magistrate Judge Berg. Any matters currently scheduled before the district judge will remain in effect pending notice from that court.

/ / /

/ / /

/ / /

/ / /

/ / /

The parties are ordered to file their Joint Motion for Preliminary Approval of Class Settlement no later than **July 24, 2019**.  A proposed order granting the joint motion must be e-mailed to the assigned district judge's chambers[1] on the same day.

**If the fully executed Joint Motion for Preliminary Approval of Class Settlement is not filed by July 24, 2019**, then **all counsel of record and unrepresented parties are required to appear in person** for a Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **July 30, 2019** at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg.  If the parties file their Joint Motion for Preliminary Approval of Class Settlement on or before **July 24, 2019**, the Settlement Disposition Conference will be **VACATED without further court order**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed Joint Motion for Preliminary Approval of Class Settlement in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated:  May 28, 2019

Honorable Michael S. Berg
United States Magistrate Judge

---

[1] The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.