# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEMBERTON and SANDRA COLLINS-PEMBERTON, individually, and on behalf of the class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Federal Savings Bank,<br><br>Defendant. | Case No. 14-cv-1024-BAS (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[ECF NO. 125] |

Based on the stipulated facts set forth in the Parties' July 24, 2019 joint motion to extend the deadline to file a Joint Motion for Preliminary Approval of Class Action Settlement, (see ECF No. 125), the Court finds good cause to **GRANT** the motion. The deadline to file the Joint Motion for Preliminary Approval is extended from July 24, 2019, to **August 7, 2019**. The Settlement Disposition Conference is continued from July 30, 2019 to **August 13, 2019**, at **1:30 p.m.** and will be held in **Courtroom 2C**. If the parties file their Joint Motion for Preliminary Approval of Class Action Settlement on or before August 7, 2019, the Settlement Disposition Conference will be vacated without further court order.

**IT IS SO ORDERED.**

Dated: July 24. 2019

_____
Honorable Michael S. Berg
United States Magistrate Judge