# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEMBERTON, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>　　　　Defendant. | Case No. 14cv1024-BAS (MSB)<br><br>**ORDER GRANTING SECOND JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[ECF NO. 127] |

　　　Based on the facts set forth in the Parties' "Second Joint Motion to Extend Deadline to File Motion for Preliminary Approval of Class Action Settlement' [ECF No. 127], the Court finds good cause to **GRANT** the motion.

　　　The deadline to file the Joint Motion for Preliminary Approval is extended from August 7, 2019, to **August 14, 2019**. The Settlement Disposition Conference is continued from August 13, 2019 to **August 20, 2019**, at **1:30 p.m.**, and will be held in **Courtroom 2C** with Magistrate Judge Berg. If the parties file their Joint Motion for Preliminary Approval of Class Settlement on or before **August 14, 2019**, the Settlement Disposition Conference will be **VACATED without further court order**.

　　　**IT IS SO ORDERED.**

Dated:  August 8, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael S. Berg
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge