1  JOHN B. SULLIVAN (State Bar No. 96742)
   ERIK KEMP (State Bar No. 246196)
2  ek@severson.com
   ADAM A. VUKOVIC (State Bar No. 301392)
3  aav@severson.com
   SEVERSON & WERSON
4  A Professional Corporation
   One Embarcadero Center, Suite 2600
5  San Francisco, California 94111
   Telephone: (415) 398-3344
6  Facsimile: (415) 956-0439

7  Attorneys for Defendant
   NATIONSTAR MORTGAGE LLC
8

9

            UNITED STATES DISTRICT COURT
10
            SOUTHERN DISTRICT OF CALIFORNIA
11

12
   MICHAEL PEMBERTON and          Case No. 3:14-cv-01024-BAS-MSB
13 SANDRA COLLINS-PEMBERTON,
   individually, and on behalf of the class   **DECLARATION OF THEA CROSS**
14 of all others similarly situated,   **IN SUPPORT OF MOTION FOR**
                                        **FINAL APPROVAL**
15            Plaintiff,
                                       Action Filed:   April 23, 2014
16       vs.

17 NATIONSTAR MORTGAGE LLC, a
   Federal Savings Bank,
18
              Defendant.
19

20

21       I, Thea Cross, state and declare as follows:

22       1.      I am employed by Nationstar Mortgage LLC as AVP, Year End.

23 Nationstar is in the business of, among other things, servicing home loans.  In my

24 role as AVP, Year End, I am responsible for overseeing Nationstar's process for the

25 reporting of interest payments on Forms 1098 to the IRS.  I have also been one of

26 the Nationstar employees primarily responsible for reviewing claim forms submitted

27 by class members in connection with the proposed settlement in this action.  I have

28

1  personal knowledge of the facts set forth in this declaration and, if called to testify,

2  could and would testify as follows.

3      2.      As explained more fully in my declaration of August 8, 2019,

4  Nationstar's ordinary practice is to include payments of previously deferred interest

5  on Option ARM Loans in its calculation of interest paid on Forms 1098.

6  Nevertheless, in a limited number of cases, Nationstar may not have reported

7  payments of deferred interest because the prior servicer did not track deferred

8  interest or provide Nationstar with data sufficient to determine whether a borrower's

9  loan balance consisted in part of previously deferred interest.

10     3.      As also explained more fully in my declaration of August 8th, in 2016 I

11  developed a procedure by which I would attempt to determine which portions of a

12  loan balance consisted of previously deferred interest where the prior servicer did

13  not separately track deferred interest.  As a result of that process, I manually

14  adjusted the reporting of interest on Forms 1098 to include previously deferred

15  interest on 2,867 loans.  These manual corrections have resulted in an additional

16  $50,663,194.44 in deferred interest being included in Forms 1098 for tax years

17  2015-2018.  Nevertheless, this was an imperfect process due to the limitations in

18  data that Nationstar received from prior servicers.

19     4.      I am informed and believed that the settlement class is comprised of all

20  borrowers who, according to Nationstar's records, made one or more payments on

21  an Option ARM Loan between 2010 and 2018.  Class members who believe that

22  Nationstar did not report payments of deferred interest on a Form 1098 for any tax

23  year between 2010 and 2018 and that they paid more in taxes as a result may submit

24  claims forms with supporting documentation.  For class members who submit valid

25  claims with respect to tax years 2016, 2017, or 2018, Nationstar has agreed to issue

26  a Corrected Form 1098.  For all other class members who submit valid claims,

27  Nationstar has agreed to pay $50.

28

1    5.    I am informed and believe that the class administrator has received 280
2    completed claim forms thus far that include documentation supporting the class
3    members' claims that they paid more in taxes than was owed.  Nationstar has
4    reviewed 68 of these claim forms thus far.  Nationstar is still in the process of
5    reviewing the remaining claim forms.  With respect to the 68 claim forms that have
6    been reviewed thus far, I can report the following results:

7    a.    On 50 loans, Nationstar has determined that it reported all
8    interest paid by the borrower on the Form 1098, including any deferred interest paid
9    on the loan.

10    b.    On 10 loans, Nationstar has determined that the amount of
11    interest reported on a Form 1098 for tax years 2016, 2017, and/or 2018 did not
12    include deferred interest that was paid.  Nationstar has issued corrected Forms 1098
13    for each year where the amount of interest reported did not include deferred interest.
14    The total number of corrected Forms 1098 issued thus far is 12.

15    c.    On 16 loans, Nationstar has determined that the amount of
16    interest reported on a Form 1098 for tax years 2010, 2011, 2012, 2013, 2014, and/or
17    2015 did not include deferred interest that was paid on the loan.

18    6.    Nationstar will provide a supplemental declaration detailing the results
19    of its claim review process once that process is complete.

20    I declare under penalty of perjury under the laws of the United States of
21    America that the foregoing is true and correct.  Executed December 13ᵗʰ, 2019, at
22    Scottsbluff, Nebraska.

23

24    _____
           Thea Cross
25

26

27

28