DECLARATION OF DAVID J. VENDLER ISO MOTION FOR FINAL APPROVAL AND ATTORNEY'S FEES

14-CV-01024- BAS-MSB

# EXHIBIT A

Page 1

Unbilled Time - [3675-37398 - Pemberton etal, Michael v. Nationstar Mortgage LLC]
Client:3675 - Michael Pemberton & Sandra Collins-Pemberton   7/6/2017 11:34:24 AM

| Date | Initials | Name | Hours | Amount | Description | Matter Number |
|---|---|---|---|---|---|---|
| | | | | | | 3675-37398 |
| 04/02/14 | DJV | David J. Vendler | 2.40 | 2.40 | Commence working on complaint. | 3675-37398 |
| 04/04/14 | DJV | David J. Vendler | 4.00 | 4.00 | Work on complaint. | 3675-37398 |
| 04/08/14 | DJV | David J. Vendler | 4.50 | 4.50 | Work on complaint. | 3675-37398 |
| 04/09/14 | DJV | David J. Vendler | 0.50 | 0.50 | Draft emails to clients re retention and | 3675-37398 |
| 04/09/14 | DJV | David J. Vendler | 2.00 | 2.00 | Work on complaint. | 3675-37398 |
| 04/15/14 | DJV | David J. Vendler | 1.30 | 1.30 | Review client comments to complaint and | 3675-37398 |
| 04/17/14 | DJV | David J. Vendler | 2.00 | 2.00 | Finalize complaint. | 3675-37398 |
| 04/23/14 | DJV | David J. Vendler | 2.60 | 2.60 | Finalize complaint. | 3675-37398 |
| 04/23/14 | DJV | David J. Vendler | 4.40 | 4.40 | Finalize and file complaint; review reviews | 3675-37398 |
| 04/25/14 | DJV | David J. Vendler | 0.40 | 0.40 | Telephone call with client re complaint | 3675-37398 |
| 04/25/14 | DJV | David J. Vendler | 0.20 | 0.20 | Review notice of related case docketing. | 3675-37398 |
| 04/29/14 | WAH | Walter A. Hernandez | 0.10 | 0.10 | Research agent service of process of | 3675-37398 |
| 05/14/14 | DJV | David J. Vendler | 0.20 | 0.20 | Telephone call with opposing counsel re | 3675-37398 |
| 05/16/14 | DJV | David J. Vendler | 0.40 | 0.40 | Review order on briefig schedule; review | 3675-37398 |
| 06/06/14 | DJV | David J. Vendler | 7.50 | 7.50 | Review motion to dismiss in detail. | 3675-37398 |
| 06/09/14 | DJV | David J. Vendler | 7.50 | 7.50 | Work on opposition to motion to dismiss. | 3675-37398 |
| 06/11/14 | DJV | David J. Vendler | 6.70 | 6.70 | Continue working on opposition to motion to | 3675-37398 |
| 06/16/14 | DJV | David J. Vendler | 8.00 | 8.00 | Work on opposition to motion to dismiss. | 3675-37398 |
| 06/17/14 | DJV | David J. Vendler | 8.00 | 8.00 | Work on opposition to motion to dismiss. | 3675-37398 |
| 06/18/14 | DJV | David J. Vendler | 7.50 | 7.50 | Complete first draft of opposition to motion | 3675-37398 |
| 06/24/14 | DJV | David J. Vendler | 0.40 | 0.40 | Draft stipulation for more pages. | 3675-37398 |
| 06/27/14 | LXG | Litsa Georgantopoulos | 0.70 | 0.70 | Review and analyze opposition to motion to | 3675-37398 |
| 07/24/14 | DJV | David J. Vendler | 1.50 | 1.50 | Review reply memorandum and cases cited. | 3675-37398 |
| 07/25/14 | DJV | David J. Vendler | 6.80 | 6.80 | Research loan modification issues and | 3675-37398 |
| 07/28/14 | DJV | David J. Vendler | 0.30 | 0.30 | Review case cited in reply. | 3675-37398 |
| 09/30/14 | DJV | David J. Vendler | 1.50 | 1.50 | Prepare for and conduct Rule 26 call with | 3675-37398 |
| 09/30/14 | DJV | David J. Vendler | 3.00 | 3.00 | Work on Rule 26 report adding in our sections | 3675-37398 |
| 10/01/14 | DJV | David J. Vendler | 1.50 | 1.50 | Prepare for and conduct Rule 26 call with | 3675-37398 |
| 10/01/14 | DJV | David J. Vendler | 3.00 | 3.00 | Work up Rule 26 report adding in our sections | 3675-37398 |
| 10/06/14 | DJV | David J. Vendler | 2.00 | 2.00 | Continue to work on discovery. | 3675-37398 |
| 10/07/14 | DJV | David J. Vendler | 2.50 | 2.50 | Review reply memorandum and cases cited | 3675-37398 |
| 10/09/14 | DJV | David J. Vendler | 0.30 | 0.30 | Telephone call with Michael Brown re status | 3675-37398 |
| 10/28/14 | DJV | David J. Vendler | 0.30 | 0.30 | Draft email to opposing counsel re mediation | 3675-37398 |
| 10/30/14 | DJV | David J. Vendler | 0.30 | 0.30 | Telephone call with opposing counsel re | 3675-37398 |
| 11/04/14 | DJV | David J. Vendler | 0.50 | 0.50 | Provide status report to client. | 3675-37398 |
| 01/16/15 | DJV | David J. Vendler | 0.20 | 0.20 | Telephone call with clerk's office re status | 3675-37398 |
| 02/05/15 | DJV | David J. Vendler | 0.80 | 0.80 | Review ruling on motion to dismiss. | 3675-37398 |
| 02/06/15 | RHN | Richard H. Nakamura, Jr. | 0.60 | 0.60 | Review and analysis of district court | 3675-37398 |
| 02/12/15 | RHN | Richard H. Nakamura, Jr. | 4.00 | 4.00 | Preliminary review of defendant's motion to | 3675-37398 |
| 02/23/15 | DJV | David J. Vendler | 2.50 | 2.50 | Work on penetrating the IRS pursuant to court | 3675-37398 |
| 02/26/15 | DJV | David J. Vendler | 5.50 | 5.50 | Numerous contacts with IRS and draft very | 3675-37398 |
| 03/12/15 | DJV | David J. Vendler | 0.40 | 0.40 | Telephone call with IRS re status of its | 3675-37398 |
| 03/31/15 | DJV | David J. Vendler | 0.80 | 0.80 | Telephone call with IRS re status. | 3675-37398 |
| 04/27/15 | DJV | David J. Vendler | 2.80 | 2.80 | Draft lengthy correspondence to the IRS re | 3675-37398 |
| 05/12/15 | DJV | David J. Vendler | 0.30 | 0.30 | Settlement related email to Ms. Gray. | 3675-37398 |
| 05/26/15 | DJV | David J. Vendler | 0.30 | 0.30 | Review issues re IRS correspondence. | 3675-37398 |
| 06/03/15 | DJV | David J. Vendler | 0.40 | 0.40 | Draft declaration for Judge Wagner. | 3675-37398 |
| 06/03/15 | DJV | David J. Vendler | 0.20 | 0.20 | Review Michael Brown declaration for | 3675-37398 |
| 06/24/15 | DJV | David J. Vendler | 1.00 | 1.00 | Work on report to Court re IRS letter. | 3675-37398 |
| 06/25/15 | DJV | David J. Vendler | 2.00 | 2.00 | Work on report to court. | 3675-37398 |
| 06/30/15 | DJV | David J. Vendler | 2.20 | 2.20 | Work on Report to Court filed in the | 3675-37398 |
| 07/01/15 | DJV | David J. Vendler | 2.10 | 2.10 | Work on Report to Court filed in the | 3675-37398 |
| 07/02/15 | DJV | David J. Vendler | 1.20 | 1.20 | Finalize report re IRS response in Pemberton | 3675-37398 |
| 07/08/15 | DJV | David J. Vendler | 0.80 | 0.80 | Review order on stay and draft status report | 3675-37398 |
| 09/04/15 | DJV | David J. Vendler | 1.50 | 1.50 | Draft notice of additional authority to be | 3675-37398 |
| 09/08/15 | DJV | David J. Vendler | 6.70 | 6.70 | Work on notice of additional authority re | 3675-37398 |
| 09/10/15 | DJV | David J. Vendler | 0.80 | 0.80 | Draft notice of additional authority. | 3675-37398 |
| 12/18/15 | DJV | David J. Vendler | 0.20 | 0.20 | Draft email to Mr. Kemp re Pemberton's | 3675-37398 |
| 01/05/16 | DJV | David J. Vendler | 0.30 | 0.30 | Draft email to client re payments status on | 3675-37398 |
| 01/13/16 | DJV | David J. Vendler | 0.50 | 0.50 | File report (draft declaration for report) in | 3675-37398 |
| 01/14/16 | DJV | David J. Vendler | 0.50 | 0.50 | Draft supplemental reports to court following | 3675-37398 |
| 02/17/16 | DJV | David J. Vendler | 0.30 | 0.30 | Review response to reports to court. | 3675-37398 |
| 02/18/16 | DJV | David J. Vendler | 1.40 | 1.40 | Work on supplemental reports to court. | 3675-37398 |
| 07/27/16 | DJV | David J. Vendler | 1.00 | 1.00 | Work on second report to court. | 3675-37398 |
| 08/12/16 | DJV | David J. Vendler | 0.70 | 0.70 | Review order from court re stay and discuss | 3675-37398 |
| 08/18/16 | DJV | David J. Vendler | 0.10 | 0.10 | Review and respond to email re timing of | 3675-37398 |
| 09/06/16 | DJV | David J. Vendler | 1.00 | 1.00 | Review late brief by defense on standing, | 3675-37398 |
| 09/08/16 | DJV | David J. Vendler | 3.50 | 3.50 | Prepare for and attend Case Management | 3675-37398 |
| 09/28/16 | DJV | David J. Vendler | 0.30 | 0.30 | Draft proposed settlement communication for | 3675-37398 |

Unbilled Time - [3675-37398 - Pemberton etal, Michael v. Nationstar Mortgage LLC]
Client:3675 - Michael Pemberton & Sandra Collins-Pemberton   7/6/2017 11:34:24 AM

| Date | Initials | Name | Hours | Amount | Description | Matter Number |
|---|---|---|---|---|---|---|
| 09/29/16 | DJV | David J. Vendler | 1.00 | 1.00 | Draft lengthy letter to Sen. Warrant re | 3675-37398 |
| 10/28/16 | DJV | David J. Vendler | 0.30 | 0.30 | Review IRS communication re interest and IIR | 3675-37398 |
| 10/31/16 | DJV | David J. Vendler | 0.80 | 0.80 | Work up supplement to report to court re IRS | 3675-37398 |
| 11/01/16 | DJV | David J. Vendler | 1.60 | 1.60 | Work on response to IRS to rulemaking. | 3675-37398 |
| 11/07/16 | DJV | David J. Vendler | 0.20 | 0.20 | Telephone call with Michael Brown re strategy | 3675-37398 |
| 11/07/16 | DJV | David J. Vendler | 0.20 | 0.20 | Telephone call with IRS and Treasury re | 3675-37398 |
| 11/10/16 | DJV | David J. Vendler | 1.00 | 1.00 | Work on response to IRS to rulemaking and | 3675-37398 |
| 11/11/16 | DJV | David J. Vendler | 1.80 | 1.80 | Work on responding to Procedurally Taxing | 3675-37398 |
| 11/14/16 | DJV | David J. Vendler | 0.40 | 0.40 | Continue working on IRS letter. | 3675-37398 |
| 11/15/16 | DJV | David J. Vendler | 1.00 | 1.00 | Work on letter to IRS re rulemaking. | 3675-37398 |
| 11/16/16 | DJV | David J. Vendler | 0.60 | 0.60 | Continue working on IRS letter. | 3675-37398 |
| 11/18/16 | DJV | David J. Vendler | 0.20 | 0.20 | Review email from opposing counsel re | 3675-37398 |
| 11/18/16 | DJV | David J. Vendler | 0.80 | 0.80 | Continue working on letter to IRS re tax and | 3675-37398 |
| 11/22/16 | DJV | David J. Vendler | 0.40 | 0.40 | Work on IRS letter. | 3675-37398 |
| 11/30/16 | DJV | David J. Vendler | 0.50 | 0.50 | Review law re interim rulings/guidance by IRS | 3675-37398 |
| 01/06/17 | DJV | David J. Vendler | 0.50 | 0.50 | Status letter to client. | 3675-37398 |
| 02/06/17 | DJV | David J. Vendler | 0.20 | 0.20 | Telephone call with client re status of case. | 3675-37398 |
| 03/02/17 | RHN | Richard H. Nakamura, Jr. | 0.80 | 0.80 | Analysis of emails regarding district court's | 3675-37398 |
| 03/14/17 | DJV | David J. Vendler | 0.60 | 0.60 | Work on response to order to show cause re | 3675-37398 |
| 05/01/17 | DJV | David J. Vendler | 0.70 | 0.70 | Draft notice of supplemental authority and | 3675-37398 |
| 05/14/17 | DJV | David J. Vendler | 0.20 | 0.20 | Work on issues involving defendants' response | 3675-37398 |
| 05/15/17 | DJV | David J. Vendler | 0.30 | 0.30 | Telephone call with opposing counsel re | 3675-37398 |
| 05/24/17 | DJV | David J. Vendler | 3.00 | 3.00 | Work on opposition to motion to dismiss. | 3675-37398 |
| 05/30/17 | DJV | David J. Vendler | 3.50 | 3.50 | Work on opposition to motion to dismiss. | 3675-37398 |
| 05/31/17 | DJV | David J. Vendler | 4.40 | 4.40 | Finalize opposition to motion to dismiss. | 3675-37398 |
| 06/01/17 | DJV | David J. Vendler | 3.00 | 3.00 | Finalize opposition to motion to dismiss. | 3675-37398 |
| 06/05/17 | DJV | David J. Vendler | 1.50 | 1.50 | Finalize opposition to motion to dismiss. | 3675-37398 |
| | | GRAND TOTAL | 171.20 | 171.20 | | |

Unbilled Cost - [3675-37398 - Pemberton etal, Michael v. Nationstar Mortgage LLC]
Client:3675 - Michael Pemberton & Sandra Collins-Pemberton    7/6/2017 11:34:24 AM

| Cost Code | Date | Initials | Name | Quantity | Rate | Amount | Description | Matter Number |
|---|---|---|---|---|---|---|---|---|
| E112 | 05/05/14 | DJV | David J. Vendler | 1.00 | 400.00 | 400.00 | Court Fee - - VENDOR: United States District | 3675-37398 |
| E118 | 05/14/14 | DJV | David J. Vendler | 1.00 | 192.86 | 192.86 | Litigation Support - - VENDOR: First Legal | 3675-37398 |
| C1 | 06/25/14 | DJV | David J. Vendler | 1.00 | 0.25 | 0.25 | Photocopy | 3675-37398 |
| E106 | 06/30/14 | DJV | David J. Vendler | 1.00 | 0.65 | 0.65 | On-line research - June 1 thru June 30, 2014 | 3675-37398 |
| E106 | 06/30/14 | DJV | David J. Vendler | 1.00 | 193.76 | 193.76 | On-line research - June 1 thru June 30, 2014 | 3675-37398 |
| E118 | 09/04/14 | DJV | David J. Vendler | 1.00 | 0.10 | 0.10 | Litigation Support - - VENDOR: Pacer Service | 3675-37398 |
| E106 | 10/31/14 | DJV | David J. Vendler | 1.00 | 2.65 | 2.65 | On-line research - Oct. 1 thru Oct. 31, 2014 | 3675-37398 |
| E124 | 12/04/14 | DJV | David J. Vendler | 1.00 | 0.30 | 0.30 | Other - - VENDOR: Pacer Service Center - Inv. # | 3675-37398 |
| E118 | 07/02/15 | DJV | David J. Vendler | 1.00 | 9.75 | 9.75 | Litigation Support - - VENDOR: First Legal | 3675-37398 |
| E118 | 07/06/15 | DJV | David J. Vendler | 1.00 | 158.31 | 158.31 | Litigation Support - - VENDOR: First Legal | 3675-37398 |
| E118 | 07/06/15 | DJV | David J. Vendler | 1.00 | 9.75 | 9.75 | Litigation Support - - VENDOR: First Legal | 3675-37398 |
| E118 | 07/06/15 | DJV | David J. Vendler | 1.00 | 51.00 | 51.00 | Litigation Support - - VENDOR: First Legal | 3675-37398 |
| E110 | 09/07/16 | DJV | David J. Vendler | 1.00 | 81.03 | 81.03 | Out-of-Town Travel | 3675-37398 |
| E110 | 09/07/16 | DJV | David J. Vendler | 1.00 | 45.00 | 45.00 | Out-of-Town Travel | 3675-37398 |
| C1 | 10/19/16 | DJV | David J. Vendler | 10.00 | 0.25 | 2.50 | Photocopy | 3675-37398 |
| C1 | 10/20/16 | DJV | David J. Vendler | 5.00 | 0.25 | 1.25 | Photocopy | 3675-37398 |
| E118 | 12/04/16 | DJV | David J. Vendler | 1.00 | 0.40 | 0.40 | Litigation Support - - VENDOR: Pacer Service | 3675-37398 |
| C1 | 01/06/17 | DJV | David J. Vendler | 3.00 | 0.25 | 0.75 | Photocopy | 3675-37398 |
| C1 | 04/03/17 | DJV | David J. Vendler | 3.00 | 0.25 | 0.75 | Photocopy | 3675-37398 |
| E118 | 05/02/17 | DJV | David J. Vendler | 1.00 | 91.81 | 91.81 | Litigation Support - - VENDOR: First Legal | 3675-37398 |
| E118 | 05/12/17 | DJV | David J. Vendler | 1.00 | 58.45 | 58.45 | Litigation Support - - VENDOR: First Legal | 3675-37398 |
| E118 | 06/06/17 | DJV | David J. Vendler | 1.00 | 160.17 | 160.17 | Litigation Support - - VENDOR: First Legal | 3675-37398 |
| E118 | 06/08/17 | DJV | David J. Vendler | 1.00 | 16.75 | 16.75 | Litigation Support - - VENDOR: First Legal | 3675-37398 |
| | | | GRAND TOTAL | 40.00 | | 1,478.24 | | |

## Law Office of David Vendler

2700 S OAK KNOLL AVE
San Marino, CA 91108-2435
United States

# INVOICE

Invoice # 4
Date: 12/09/2019
Due On: 01/08/2020

Mr. Michael Pemberton

### 00009-Pemberton

### Pemberton v. Nationstar Bank

| Type | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- |
| Service | 10/23/2017 | Review Court order on standing and setting MTD; think about response to motion; TC MRB re same. | 4.80 | $950.00 | $4,560.00 |
| Service | 10/25/2017 | Work on oppo to MTD | 9.00 | $950.00 | $8,550.00 |
| Service | 10/26/2017 | Work on opposition to MTD by Court. | 8.30 | $950.00 | $7,885.00 |
| Service | 10/27/2017 | Work on opposition to Motion to Dismiss. | 9.30 | $950.00 | $8,835.00 |
| Service | 10/28/2017 | Work on opposition to Motion to Dismiss. | 7.20 | $950.00 | $6,840.00 |
| Service | 10/29/2017 | Work on opposition to Motion to Dismiss. | 7.70 | $950.00 | $7,315.00 |
| Service | 10/30/2017 | Work on opposition to Motion to Dismiss. | 5.80 | $950.00 | $5,510.00 |
| Service | 10/31/2017 | Work on opposition to MTD | 6.30 | $950.00 | $5,985.00 |
| Service | 10/31/2017 | Work on opposition to Motion to Dismiss. | 7.80 | $950.00 | $7,410.00 |
| Service | 11/05/2017 | Work on opposition to Motion to Dismiss. | 4.50 | $950.00 | $4,275.00 |
| Service | 11/06/2017 | Work on opposition to Motion to Dismiss. | 6.80 | $950.00 | $6,460.00 |
| Service | 11/08/2017 | Work on opp. to court motion. | 7.00 | $950.00 | $6,650.00 |
| Service | 11/10/2017 | Work on Pemberton brief opposing court's MTD. | 6.90 | $950.00 | $6,555.00 |
| Service | 11/12/2017 | Finalize Pemberton brief. | 7.60 | $950.00 | $7,220.00 |
| Service | 11/13/2017 | Exchange emails with client re status and briefing; discussion with MRB re same. | 0.80 | $950.00 | $760.00 |
| Service | 12/14/2017 | Work on reply brief. | 8.50 | $950.00 | $8,075.00 |
| Service | 12/14/2017 | Review order on stipulation | 0.20 | $950.00 | $190.00 |
| Service | 12/17/2017 | Work on reply memorandum. | 7.60 | $950.00 | $7,220.00 |
| Service | 12/18/2017 | Continue working on reply memo. | 5.90 | $950.00 | $5,605.00 |

Invoice # 4 - 12/09/2019

| | | | | | |
|---|---|---|---|---|---|
| Service | 12/19/2017 | Work on reply memo to court motion to dismiss. | 8.00 | $950.00 | $7,600.00 |
| Service | 03/02/2018 | Review OSC and consider strategy going forward including amended complaint. | 2.70 | $950.00 | $2,565.00 |
| Service | 03/04/2018 | Research re responding to OSC adn discussions with MRB re same. | 2.70 | $950.00 | $2,565.00 |
| Service | 03/16/2018 | continue dealing with OSC related issues and phone calls re settlement. | 2.50 | $950.00 | $2,375.00 |
| Service | 03/16/2018 | continue dealing with OSC related issues and phone calls re settlement. | 2.50 | $950.00 | $2,375.00 |
| Service | 04/26/2018 | Review order setting oral argument and review change of firm association filed by Jen Gray; discussion with MRB. | 0.70 | $950.00 | $665.00 |
| Service | 04/30/2018 | Work on stipulation continuing oral argument and discussions with counsel. | 0.70 | $950.00 | $665.00 |
| Service | 06/05/2018 | Prepare for oral argument. | 6.20 | $950.00 | $5,890.00 |
| Service | 06/06/2018 | Prepare for hearing on MTD. | 9.60 | $950.00 | $9,120.00 |
| Service | 06/07/2018 | Prepare for and attend hearing on MTD and travel time to and from San Diego. | 10.30 | $950.00 | $9,785.00 |
| Service | 06/26/2018 | Review order on MTD and discuss same with MRB. | 3.90 | $950.00 | $3,705.00 |
| Service | 06/26/2018 | Draft letter to client re court order and continued analysis of lengthy opinion. | 2.20 | $950.00 | $2,090.00 |
| Service | 07/03/2018 | Discussion and email with client re opinion from court. | 0.80 | $950.00 | $760.00 |
| Service | 07/12/2018 | Discussion with Daily Journal re case opinion | 0.80 | $950.00 | $760.00 |
| Service | 07/12/2018 | Discussion with Daily Journal re case opinion | 0.50 | $950.00 | $475.00 |
| Service | 07/16/2018 | Discuss with MRB amendment to complaint in light of order. | 0.60 | $950.00 | $570.00 |
| Service | 07/17/2018 | Work on amended complaint for filing. | 1.20 | $950.00 | $1,140.00 |
| Service | 07/18/2018 | Review emails from Court re amended complaint. | 0.20 | $950.00 | $190.00 |
| Service | 07/26/2018 | Discuss MTD briefing schedule with defendant's counsel. | 0.40 | $950.00 | $380.00 |
| Service | 07/27/2018 | Continue working on issues re MTD briefing schedule. | 0.40 | $950.00 | $380.00 |
| Service | 07/31/2018 | Work on stipulatino re MTD briefing schedule. | 0.30 | $950.00 | $285.00 |
| Service | 07/31/2018 | Discussion re upcoming MTD with MRB and strategy for same. | 0.30 | $950.00 | $285.00 |
| Service | 08/01/2018 | Review order re stip re upcoming MTD and discuss partial denial with MRB. | 0.50 | $950.00 | $475.00 |

Invoice # 4 - 12/09/2019

| Type | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Service | 08/23/2018 | Review Answer filed by Nationstar and TC with client and MRB re same. | 1.50 | $950.00 | $1,425.00 |
| Service | 08/23/2018 | Review Answer filed by Nationstar and TC with client and MRB re same. | 1.50 | $950.00 | $1,425.00 |
| Service | 08/24/2018 | Begin working on discovery to Nationstar. | 3.50 | $950.00 | $3,325.00 |
| Service | 08/28/2018 | Draft iscovery to Nationstar. | 1.50 | $950.00 | $1,425.00 |
| Service | 08/31/2018 | Review email re Rule 26 Conf. | 0.20 | $950.00 | $190.00 |
| Service | 08/31/2018 | Draft rule 26 disclosures | 0.90 | $950.00 | $855.00 |
| Service | 09/03/2018 | Continue drafting discovery to Nationstar. | 0.50 | $950.00 | $475.00 |
| Service | 09/04/2018 | Review ENE order and discuss with MRB.. | 0.50 | $950.00 | $475.00 |
| Service | 09/04/2018 | Review emails re Rule 26 Conf. | 0.20 | $950.00 | $190.00 |
| Service | 09/06/2018 | Review many emails re rule 26 conf. and disclosures | 0.50 | $950.00 | $475.00 |
| Service | 09/10/2018 | Finalize discovery and stratgize re ENE with MRB including demand and structure for same given class allegations. | 0.90 | $950.00 | $855.00 |
| Service | 09/11/2018 | Finalize demand for ENE. | 0.50 | $950.00 | $475.00 |
| Service | 09/11/2018 | Review email re joint discovery plan. | 0.20 | $950.00 | $190.00 |
| Service | 09/13/2018 | Review email re joint discovery plan. | 0.20 | $950.00 | $190.00 |
| Service | 09/14/2018 | Review email re joint discovery plan. | 0.20 | $950.00 | $190.00 |
| Service | 09/17/2018 | Review email re Gallo's orders. | 0.20 | $950.00 | $190.00 |
| Service | 09/17/2018 | Review ENE statement by Nationstar and discuss with MRB | 0.70 | $950.00 | $665.00 |
| Service | 09/21/2018 | prepare for ENE. | 1.30 | $950.00 | $1,235.00 |
| Service | 09/21/2018 | Review emails re deposition notice and discuss with MRB. | 0.30 | $950.00 | $285.00 |
| Service | 09/24/2018 | Attend ENE and preparation therefore and multiple discussions with MRB re approach to same; update research. | 6.70 | $950.00 | $6,365.00 |
| Service | 09/30/2018 | Review email re deposition of defendant and discuss with MRB. | 0.40 | $950.00 | $380.00 |
| Service | 10/06/2018 | Work on protective order for discovery. | 0.50 | $950.00 | $475.00 |
| Service | 10/08/2018 | TC with client re ENE and with MRB re settlement issues. | 0.20 | $950.00 | $190.00 |
| Service | 10/09/2018 | TC with with MRB re settlement issues. | 0.40 | $950.00 | $380.00 |

Invoice # 4 - 12/09/2019

| | | | | | |
|---|---|---|---|---|---|
| Service | 10/10/2018 | Discuss settlement issues with MRB and email to defendant re same. | 0.50 | $950.00 | $475.00 |
| Service | 10/11/2018 | Discuss settlement issues with MRB and potential for vacating ENE. | 0.30 | $950.00 | $285.00 |
| Service | 10/15/2018 | Review order from Court re ENE. | 0.20 | $950.00 | $190.00 |
| Service | 10/15/2018 | PRepar email to court clerk re CMC trial counsel. | 0.20 | $950.00 | $190.00 |
| Service | 10/19/2018 | Work on communication to Judge Sabraw. | 0.40 | $950.00 | $380.00 |
| Service | 10/22/2018 | Review EK email re production of docs. | 0.20 | $950.00 | $190.00 |
| Service | 10/23/2018 | prepare for, travel to and travel from CMC | 6.20 | $950.00 | $5,890.00 |
| Service | 10/23/2018 | withdraw certain requests email. | 0.30 | $950.00 | $285.00 |
| Service | 10/24/2018 | Review discovery with MRB and suggest withdrawal of certain requests. | 1.20 | $950.00 | $1,140.00 |
| Service | 10/24/2018 | Review Scheduling Order and calendar dates | 0.70 | $950.00 | $665.00 |
| Service | 10/28/2018 | Work on Opp to MTD. | 7.80 | $950.00 | $7,410.00 |
| Service | 10/29/2018 | Work on Opposition to MTD. | 8.80 | $950.00 | $8,360.00 |
| Service | 10/31/2018 | Work on opposition to MTD. | 6.90 | $950.00 | $6,555.00 |
| Service | 11/02/2018 | Work on opposition to MTD. | 7.90 | $950.00 | $7,505.00 |
| Service | 11/04/2018 | Work on opposition to MTD. | 3.50 | $950.00 | $3,325.00 |
| Service | 11/04/2018 | Work on opposition to MTD. | 3.50 | $950.00 | $3,325.00 |
| Service | 11/06/2018 | Work on opposition to MTD. | 4.70 | $950.00 | $4,465.00 |
| Service | 11/07/2018 | Deposition prep. | 0.70 | $950.00 | $665.00 |
| Service | 11/07/2018 | Work on request for information for mediation. | 0.70 | $950.00 | $665.00 |
| Service | 11/08/2018 | Continue reviewing NAtionstar docs for depo. | 6.70 | $950.00 | $6,365.00 |
| Service | 11/08/2018 | Review order (Gallo our) and discuss with MRB. | 0.30 | $950.00 | $285.00 |
| Service | 11/09/2018 | Review emails from JAMS and respond to same by TC. | 0.30 | $950.00 | $285.00 |
| Service | 11/09/2018 | Discuss wwith MRB meet and confer with NAtionstar and other open issues. | 0.30 | $950.00 | $285.00 |
| Service | 11/19/2018 | Review emails re deposition of defendant. | 0.20 | $950.00 | $190.00 |
| Service | 11/20/2018 | Draft and review stipulation to extend dates. | 0.80 | $950.00 | $760.00 |
| Service | 11/20/2018 | Review email correspondence relating to deposition of defendant and discuss with MRB. | 0.40 | $950.00 | $380.00 |
| Service | 11/20/2018 | Discussion re amended pleading and deadline for same with EK and MRB. | 0.30 | $950.00 | $285.00 |

Invoice # 4 - 12/09/2019

| | | | | | |
|---|---|---|---|---|---|
| Service | 11/21/2018 | PRepare for deposition | 11.00 | $950.00 | $10,450.00 |
| Service | 11/22/2018 | Work on Mediation Brief. | 6.90 | $950.00 | $6,555.00 |
| Service | 11/22/2018 | Review order from court re extension of dates and discussion with Mr. Brown. | 0.50 | $950.00 | $475.00 |
| Service | 11/22/2018 | TC MRB re mediation. | 0.40 | $950.00 | $380.00 |
| Service | 11/23/2018 | Finalize mediation brief. | 2.30 | $950.00 | $2,185.00 |
| Service | 11/23/2018 | Prepare for deposition | 4.60 | $950.00 | $4,370.00 |
| Service | 11/24/2018 | Prepare for deposition. | 5.90 | $950.00 | $5,605.00 |
| Service | 11/25/2018 | Prep. for depo. of defendant. | 10.00 | $950.00 | $9,500.00 |
| Service | 11/26/2018 | Travel to and prepare for deposition in Denver and review supplemental production of documents. | 12.00 | $950.00 | $11,400.00 |
| Service | 11/27/2018 | Attend defendant's depo. and travel back to LA. | 12.90 | $950.00 | $12,255.00 |
| Service | 11/27/2018 | 30(b)(6) deposition in Denver and TC with clients re corrected Forms 1098. | 9.50 | $950.00 | $9,025.00 |
| Service | 11/27/2018 | Travel from 30(b)(6) deposition in Denver. | 2.50 | $950.00 | $2,375.00 |
| Service | 11/28/2018 | Draft supplement to mediation brief and exchange emails with JAMS re mediation. | 6.40 | $950.00 | $6,080.00 |
| Service | 11/28/2018 | Work on supplemental mediation brief. | 3.90 | $950.00 | $3,705.00 |
| Service | 11/28/2018 | Review Email from Sabraw's office re receipt of briefs. | 0.20 | $950.00 | $190.00 |
| Service | 11/28/2018 | Review Supplemental brief filed by Nationstar and dsicuss with MRB. | 1.20 | $950.00 | $1,140.00 |
| Service | 11/28/2018 | Work on supplemental mediation brief. | 1.50 | $950.00 | $1,425.00 |
| Service | 11/29/2018 | Review Email from Sabraw's office re mediation | 0.20 | $950.00 | $190.00 |
| Service | 12/01/2018 | Draft email to Mr. Kemp re loan servicing. | 0.20 | $950.00 | $190.00 |
| Service | 12/03/2018 | Review email re privilege log. | 0.20 | $950.00 | $190.00 |
| Service | 12/03/2018 | Review of Internet re best bank practices and laws relating to reporting of interest following deposition of defendant. | 1.50 | $950.00 | $1,425.00 |
| Service | 12/03/2018 | Dsicussion with MRB re discovery strategy post-deposition. | 1.50 | $950.00 | $1,425.00 |
| Service | 12/04/2018 | Conference call with MRB re discovery conferenc call and prepare for same. | 0.50 | $950.00 | $475.00 |
| Service | 12/06/2018 | Conference call re discovery and prepare for same. | 1.50 | $950.00 | $1,425.00 |
| Service | 12/10/2018 | Analyze Cross depo. | 5.20 | $950.00 | $4,940.00 |

Invoice # 4 - 12/09/2019

| | | | | | |
|---|---|---|---|---|---|
| Service | 12/17/2018 | Work on motion to extend discovery motion deadline. | 0.20 | $950.00 | $190.00 |
| Service | 12/19/2018 | Commence work on motion to supplement/amend complaint. | 4.80 | $950.00 | $4,560.00 |
| Service | 12/26/2018 | Work on motion to supplement. | 7.20 | $950.00 | $6,840.00 |
| Service | 12/27/2018 | Work on filing motion to supplement complaint. | 6.50 | $950.00 | $6,175.00 |
| Service | 12/27/2018 | Review MRB email re discovery meet and confer. | 0.20 | $950.00 | $190.00 |
| Service | 12/28/2018 | Work on filing motion to supplement complaint. | 7.90 | $950.00 | $7,505.00 |
| Service | 12/28/2018 | Review MRB email re discovery. | 0.20 | $950.00 | $190.00 |
| Service | 12/31/2018 | Work on filing motion to supplement complaint. | 5.90 | $950.00 | $5,605.00 |
| Service | 01/08/2019 | Work on potential motion to compel and discuss scope of same with MRB and email re same. | 0.80 | $950.00 | $760.00 |
| Service | 01/09/2019 | Meet and confer with defense counsel and MRB re discovery. | 0.40 | $950.00 | $380.00 |
| Service | 01/11/2019 | Work on reply . | 7.10 | $950.00 | $6,745.00 |
| Service | 01/11/2019 | Review motion to extend and order. | 0.20 | $950.00 | $190.00 |
| Service | 01/11/2019 | Review Nationstar documents from deposition and transcript and discuss with client. | 0.50 | $950.00 | $475.00 |
| Service | 01/14/2019 | Work on reply re motion to supplement complaint. | 6.10 | $950.00 | $5,795.00 |
| Service | 01/15/2019 | Work on reply memo re motion to supplement. | 8.10 | $950.00 | $7,695.00 |
| Service | 01/16/2019 | Work on reply memo. | 2.10 | $950.00 | $1,995.00 |
| Service | 01/16/2019 | Finalize and file reply . | 3.10 | $950.00 | $2,945.00 |
| Service | 02/09/2019 | Review supplemental discovery responses. | 0.90 | $950.00 | $855.00 |
| Service | 02/27/2019 | Discussion with MRB re outstanding discovery disputes. | 0.90 | $950.00 | $855.00 |
| Service | 03/07/2019 | Review email from Kemp including word versions of discovery. | 0.20 | $950.00 | $190.00 |
| Service | 03/07/2019 | participate in meet and confer call re discovery. | 1.00 | $950.00 | $950.00 |
| Service | 03/07/2019 | Participate in email exchanges relating to discovery meet and confer and discuss with MRB | 0.50 | $950.00 | $475.00 |
| Service | 03/09/2019 | Commence working on MTC discovery. | 1.90 | $950.00 | $1,805.00 |
| Service | 03/20/2019 | Attempts to resolve difficulties opening pRoduction from Nationstar. Many emails. Trial and error. | 1.40 | $950.00 | $1,330.00 |
| Service | 03/22/2019 | Lengthy discussion with client re problem with impound account and payment of homeowner insurance premium. | 0.80 | $950.00 | $760.00 |

Invoice # 4 - 12/09/2019

| | | | | | |
|---|---|---|---|---|---|
| Service | 03/26/2019 | TC's with client and Mr. Kemp re client insurance issue and impound account. | 0.40 | $950.00 | $380.00 |
| Service | 03/26/2019 | 2d Contact with EK re insurance issue. | 0.30 | $950.00 | $285.00 |
| Service | 03/27/2019 | TC's with client and Mr. Kemp and emails to Mr. Kemp re client's homeowners' insurance payment issue. | 0.80 | $950.00 | $760.00 |
| Service | 03/27/2019 | Work on client's insurance premium payment issue. | 0.50 | $950.00 | $475.00 |
| Service | 04/01/2019 | TC with MRB re continuing discovery disputes with Nationstar. | 0.40 | $950.00 | $380.00 |
| Service | 04/05/2019 | TC and email to EK re client servicing issues with Nationstar. | 0.40 | $950.00 | $380.00 |
| Service | 04/10/2019 | TC with MRB re continuing discovery disputes with Nationstar. | 0.40 | $950.00 | $380.00 |
| Service | 04/12/2019 | TC with EK re settlement issues and loan servicing issues. | 0.40 | $950.00 | $380.00 |
| Service | 04/12/2019 | TC with client and receive email from him re travel plans and settlement issues. | 0.40 | $950.00 | $380.00 |
| Service | 04/15/2019 | TC with client re loan servicing issues and discovery. | 0.40 | $950.00 | $380.00 |
| Service | 04/15/2019 | Draft email to Mr. KEmp re status of servicing issues. | 0.20 | $950.00 | $190.00 |
| Service | 04/15/2019 | Work on discovery to Nationstar. | 0.90 | $950.00 | $855.00 |
| Service | 04/17/2019 | Work on discovery to Nationstar and discuss strategy with MRB. | 1.20 | $950.00 | $1,140.00 |
| Service | 04/23/2019 | Review order on Motion to amend/supplement and discuss with MRB. | 0.70 | $950.00 | $665.00 |
| Service | 04/25/2019 | Review order on motion to amend and discuss same with MRB. | 2.60 | $950.00 | $2,470.00 |
| Service | 04/25/2019 | Review adn re draft order extending dates and discuss with MRB. | 0.30 | $950.00 | $285.00 |
| Service | 04/26/2019 | Review order extending fact discovery. | 0.20 | $950.00 | $190.00 |
| Service | 04/26/2019 | Review draft order extending dates and discuss with MRB. | 0.20 | $950.00 | $190.00 |
| Service | 05/06/2019 | TC MRB re settlement issues. | 0.40 | $950.00 | $380.00 |
| Service | 05/09/2019 | Review MRB letter to Sabraw and discuss settlement strategy with MRB. | 0.50 | $950.00 | $475.00 |
| Service | 05/10/2019 | Discuss settlement call with Magjstrate with MRB. | 0.40 | $950.00 | $380.00 |
| Service | 05/12/2019 | Work on Mediation Brief. | 5.90 | $950.00 | $5,605.00 |
| Service | 05/13/2019 | Work on Mediation Brief. | 2.90 | $950.00 | $2,755.00 |

Invoice # 4 - 12/09/2019

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/14/2019 | Review mediator's proposal and discuss with MRB re strategy and discuss client communication. | 1.40 | $950.00 | $1,330.00 |
| Service | 05/14/2019 | Review and revise client letter re mediator proposal. | 0.60 | $950.00 | $570.00 |
| Service | 05/14/2019 | Discussion with MRB re timing of mediator proposal. | 0.30 | $950.00 | $285.00 |
| Service | 05/15/2019 | Work on Mediation Brief. | 5.50 | $950.00 | $5,225.00 |
| Service | 05/16/2019 | Discussion with MRB re timing of mediator proposal. | 0.70 | $950.00 | $665.00 |
| Service | 05/16/2019 | Review and revise email to mediator. | 0.30 | $950.00 | $285.00 |
| Service | 05/16/2019 | Work on potential settlement agreement. | 1.90 | $950.00 | $1,805.00 |
| Service | 05/16/2019 | Work on Mediation Brief. | 5.50 | $950.00 | $5,225.00 |
| Service | 05/17/2019 | Discussions with MRB, mediator and clients re settlement proposal rejection; discuss going forward strategy with MRB including depositions and discovery. | 2.10 | $950.00 | $1,995.00 |
| Service | 05/17/2019 | Finalize mediation brief. | 1.20 | $950.00 | $1,140.00 |
| Service | 05/20/2019 | Status conf. with Judge Berg. | 0.50 | $950.00 | $475.00 |
| Service | 05/20/2019 | Review emails to client and comment on same via TC to MRB. | 0.40 | $950.00 | $380.00 |
| Service | 05/20/2019 | Work on Berg medition brief. | 8.00 | $950.00 | $7,600.00 |
| Service | 05/21/2019 | Work on Berg medition brief. | 5.40 | $950.00 | $5,130.00 |
| Service | 05/21/2019 | Work on motion to excuse clients from mediation. | 1.00 | $950.00 | $950.00 |
| Service | 05/23/2019 | Strategize re mediation with MRB and TC with client. | 2.00 | $950.00 | $1,900.00 |
| Service | 05/23/2019 | Review order on excusing clients from mediation. | 1.00 | $950.00 | $950.00 |
| Service | 05/24/2019 | Travel to and attend mediation. | 10.00 | $950.00 | $9,500.00 |
| Service | 05/25/2019 | Discussion with client re settlement. | 0.50 | $950.00 | $475.00 |
| Service | 05/28/2019 | Review ECF re settlement. | 0.20 | $950.00 | $190.00 |
| Service | 05/29/2019 | Provide EK settlement docs. | 0.20 | $950.00 | $190.00 |
| Service | 05/30/2019 | Email EK re settlement docs. | 0.20 | $950.00 | $190.00 |
| Service | 06/19/2019 | Rview correspondence from JAMS re document retention policy. | 0.20 | $950.00 | $190.00 |
| Service | 06/26/2019 | Review email from EK enclosing first draft of settlement agreement and class notice. | 0.50 | $950.00 | $475.00 |
| Service | 06/26/2019 | Review email from MRB re settlement docs. | 0.10 | $950.00 | $95.00 |
| Service | 07/02/2019 | Initial review and revisions to settlement documents. | 5.40 | $950.00 | $5,130.00 |
| Service | 07/03/2019 | Review and revise first draft of proposed class notice. | 0.50 | $950.00 | $475.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/05/2019 | Review proposed settlement agreement. | 0.50 | $950.00 | $475.00 |
| Service | 07/07/2019 | Review and revise proposed class notice. | 0.60 | $950.00 | $570.00 |
| Service | 07/07/2019 | Review and revise proposed settlement agreement. | 1.80 | $950.00 | $1,710.00 |
| Service | 07/07/2019 | Review class notice and discuss with MRB | 0.40 | $950.00 | $380.00 |
| Service | 07/12/2019 | work on motion for preliminary approval. | 7.60 | $950.00 | $7,220.00 |
| Service | 07/12/2019 | Review claim form and discuss with MRB | 0.40 | $950.00 | $380.00 |
| Service | 07/15/2019 | Work on motion for preliminary approval. | 4.70 | $950.00 | $4,465.00 |
| Service | 07/15/2019 | Continue to work on motion for preliminary approval. | 2.40 | $950.00 | $2,280.00 |
| Service | 07/15/2019 | Work on preliminary approval motion. | 5.30 | $950.00 | $5,035.00 |
| Service | 07/15/2019 | Work on motion for preliminary approval. Second session. | 6.70 | $950.00 | $6,365.00 |
| Service | 07/16/2019 | Work on motion for preliminary approval of class settlement. | 7.90 | $950.00 | $7,505.00 |
| Service | 07/16/2019 | work on motion for preliminary approval. | 4.60 | $950.00 | $4,370.00 |
| Service | 07/16/2019 | Work on preliminary approval motion. | 3.30 | $950.00 | $3,135.00 |
| Service | 07/17/2019 | Work on preliminary approval motion. | 2.10 | $950.00 | $1,995.00 |
| Service | 07/17/2019 | work with Mike Brown's edits on motion for preliminary approval. | 7.60 | $950.00 | $7,220.00 |
| Service | 07/18/2019 | Discussion with MRB re Mr. Kemp's email re numbers and what it means. Review Mr. Brown's email thereon to Kemp. | 0.40 | $950.00 | $380.00 |
| Service | 07/22/2019 | Work on finalizing all materials necessary for preliminary approval motion. | 8.40 | $950.00 | $7,980.00 |
| Service | 07/22/2019 | Review and respond to several emails re defendant's failure to provide information; TC with MRB re same. | 0.70 | $950.00 | $665.00 |
| Service | 07/25/2019 | Review additional authority relevant to motion to dismiss and prepare notice and file notice of same with Court | 0.80 | $950.00 | $760.00 |
| Service | 07/25/2019 | Review additional authority relevant to motion to dismiss and prepare notice and file notice of same with Court | 0.80 | $950.00 | $760.00 |
| Service | 08/05/2019 | Work on preliminary approval motion. | 3.00 | $950.00 | $2,850.00 |
| Service | 08/06/2019 | Work on preliminary approval motion. | 5.60 | $950.00 | $5,320.00 |
| Service | 09/16/2019 | Field class member calls. | 1.30 | $950.00 | $1,235.00 |
| Service | 09/17/2019 | Field class member calls. | 0.40 | $950.00 | $380.00 |

Invoice # 4 - 12/09/2019

| | | | | | |
|---|---|---|---|---|---|
| Service | 09/18/2019 | Field class member calls. | 0.30 | $950.00 | $285.00 |
| Service | 09/19/2019 | Field class member calls. | 0.30 | $950.00 | $285.00 |
| Service | 09/20/2019 | Field class member calls. | 0.80 | $950.00 | $760.00 |
| Service | 09/23/2019 | Field class member calls. | 0.20 | $950.00 | $190.00 |
| Service | 09/24/2019 | Field class member calls. | 0.80 | $950.00 | $760.00 |
| Service | 09/25/2019 | Field class member calls. | 0.60 | $950.00 | $570.00 |
| Service | 09/27/2019 | Field class member calls. | 0.40 | $950.00 | $380.00 |
| Service | 09/30/2019 | Field class member call. | 0.20 | $950.00 | $190.00 |
| Service | 10/01/2019 | Field class member call. | 0.40 | $950.00 | $380.00 |
| Service | 10/03/2019 | Field class member call. | 0.30 | $950.00 | $285.00 |
| Service | 10/06/2019 | Discussion with MRB re motion for final approval and fee motion. | 0.60 | $950.00 | $570.00 |
| Service | 10/08/2019 | Field class member call. | 0.30 | $950.00 | $285.00 |
| Service | 10/10/2019 | Field class member calls. | 0.30 | $950.00 | $285.00 |
| Service | 10/10/2019 | Work on class notice issues with co counsel and defense counsel. | 1.20 | $950.00 | $1,140.00 |
| Service | 10/11/2019 | Field class member calls. | 0.50 | $950.00 | $475.00 |
| Service | 10/15/2019 | Field class member call. | 0.40 | $950.00 | $380.00 |
| Service | 10/18/2019 | Field class member call. | 0.30 | $950.00 | $285.00 |
| Service | 10/20/2019 | Field class member calls. | 0.60 | $950.00 | $570.00 |
| Service | 10/21/2019 | Field class member call. | 0.20 | $950.00 | $190.00 |
| Service | 10/23/2019 | Review Report from class administrator and TC with co-counsel re response rate and deficient claims. | 0.40 | $950.00 | $380.00 |
| Service | 10/23/2019 | Review Report from class administrator and TC with co-counsel re response rate and deficient claims. | 0.40 | $950.00 | $380.00 |
| Service | 10/25/2019 | TC with class member | 0.30 | $950.00 | $285.00 |
| Service | 10/29/2019 | Field class member call. | 0.30 | $950.00 | $285.00 |
| Service | 10/29/2019 | Field class member call. | 0.30 | $950.00 | $285.00 |
| Service | 11/01/2019 | Field class member call and TC with MRB and EK re response statistics. | 0.50 | $950.00 | $475.00 |
| Service | 11/05/2019 | Field class member call. | 0.50 | $950.00 | $475.00 |
| Service | 11/09/2019 | Field class member calls. | 0.40 | $950.00 | $380.00 |

Invoice # 4 - 12/09/2019

| | | | | | |
|---|---|---|---|---|---|
| Service | 11/13/2019 | Field class member call and discussion with MRB re status of claims. | 0.60 | $950.00 | $570.00 |
| Service | 11/15/2019 | Receive and read weekly CA report; discussion with MR re same. | 0.50 | $950.00 | $475.00 |
| Service | 11/19/2019 | Field class member call. | 0.20 | $950.00 | $190.00 |
| Service | 11/22/2019 | Receive class administration report, discuss with MRB and EK | 0.90 | $950.00 | $855.00 |
| Service | 11/26/2019 | Field class member call. | 0.30 | $950.00 | $285.00 |
| Service | 12/01/2019 | Work on motion for final approval of settlement. | 6.90 | $950.00 | $6,555.00 |
| Service | 12/02/2019 | Continue to work on motion for final approval of settlement. | 8.60 | $950.00 | $8,170.00 |
| Service | 12/03/2019 | Continue to work on motion for final approval of settlement. | 8.60 | $950.00 | $8,170.00 |
| Service | 12/03/2019 | Discussion with class administrator re settlement statistics and information reporting. | 0.60 | $950.00 | $570.00 |
| Service | 12/03/2019 | Review 22 opt outs. | 0.30 | $950.00 | $285.00 |
| Service | 12/05/2019 | Discussion with MRB re settlement statistics. | 0.60 | $950.00 | $570.00 |
| Service | 12/05/2019 | Discussion with MRB and Erik Kemp re settlement statistics. | 0.60 | $950.00 | $570.00 |
| Service | 12/09/2019 | Receipt and review of communication from class administrator re individual claim compliance. | 0.20 | $950.00 | $190.00 |

                                                                **Total**    **$601,635.00**

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4 | 01/08/2020 | $601,635.00 | $0.00 | $601,635.00 |
| | | | **Outstanding Balance** | **$601,635.00** |
| | | | **Total Amount Outstanding** | **$601,635.00** |

Please make all amounts payable to: Law Office of David Vendler

Please pay within 30 days.